UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FOSTER TAYLOR                                           CIVIL ACTION

VERSUS                                                  NO: 07-3929

BURL CAIN, WARDEN                                       SECTION: R(3)

**ORDER**

Having reviewed *de novo* the Petition for Writ of Habeas Corpus, the applicable law, the Magistrate Judge's Report and Recommendation, and the Petitioner's objections, the Court approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, it is ordered that Plaintiff's petition be DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 10th day of September, 2008.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE